In the Matter of the Accounting of LEO SCHLESINGER et al., as Executors of ABRAHAM SCHLESINGER, Deceased, Respondents.

AMELIA S. COOK et al., Appellants.

*Matter of Schlesinger*, 160 App. Div. 889, affirmed.
(Argued June 2, 1914; decided June 16, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1913, which affirmed a decree of the New York County Surrogate's Court settling the accounts of the executors of Abraham Schlesinger, deceased.

*Alexander S. Bacon* for appellants.

*Martin L. Stover, Eugene D. Boyer* and *Charles Strauss* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.